# United States District Court
# Central District of California

| | |
|---|---|
| GURU DENIM INC., <br><br> Plaintiff, <br><br> v. <br><br> LLOYD GOCK; ROSS STORES INC.; FORTUNE TRADING, INC.; DOES 1–10, inclusive, <br><br> Defendants. | Case No. 2:13-cv-07844-ODW(SHx) <br><br> **ORDER TO SHOW CAUSE RE. SETTLEMENT** |

On July 15, 2014, the parties informed the Court that they reached a settlement in this matter and expect to file a stipulated dismissal with prejudice in 60 days. The Court accordingly **VACATES** all outstanding dates and deadlines in this action and **ORDERS** the parties to **SHOW CAUSE** in writing by **Friday, September 26, 2014**, why they have not finalized settlement. No hearing will be held. The Court will discharge this Order upon the filing of a stipulated dismissal. Failure to timely respond will result in dismissal for lack of prosecution.

**IT IS SO ORDERED.**

July 15, 2014

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**