Brent H. Blakely (SBN 157292)
bblakely@blakelylawgroup.com
Cindy Chan (SBN 247495)
cchan@blakelylawgroup.com
BLAKELY LAW GROUP
1334 Parkview Avenue, Suite 280
Manhattan Beach, California 90266
Telephone: (310) 546-7400
Facsimile: (310) 546-7401

JS-6

*Attorneys for Plaintiff Guru Denim, Inc.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GURU DENIM, INC., a California Corporation dba TRUE RELIGION BRAND JEANS,<br><br>　　　　　　　　Plaintiff,<br>　　vs.<br>LLOYD GOCK, an individual; ROSS STORES, INC., a Delaware Corporation; FORTUNE TRADING, INC., a California Corporation; and DOES 1-10, inclusive,<br><br>　　　　　　　　Defendants. | CASE NO. 2:13-CV-07844-ODW(SH)<br><br>**ORDER RE CONSENT JUDGMENT INCLUDING PERMANENT INJUNCTION AND VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE** |

　　　　WHEREAS **Plaintiff Guru Denim, Inc.** having filed a Complaint in this action charging **Defendants Lloyd Gock and Fortune Trading, Inc.** (collectively "Defendants") have entered into a Settlement Agreement and Mutual Release as to the claims in the above referenced matter.  Defendants, having stipulated to the below terms, IT IS HEREBY ORDERED that:

　　　　1.　　This Court has jurisdiction over the parties to this Final Consent Decree and has jurisdiction over the subject matter hereof pursuant to 15 U.S.C. § 1121.

　　　　2.　　Plaintiff is the owner of the trademark registrations for word marks "TRUE RELIGION" (registrations include but are not limited to U.S. Reg. Nos. 3,628,973 and 3,162,614) and "TRUE RELIGION BRAND JEANS" (registrations

1 include but are not limited to U.S. Reg. Nos. 2,761,793 and 3,120,797), as well as various composite trademarks comprising said word marks and assorted design components (collectively "True Religion Marks").

3. True Religion's "U" marks, which are well-known and highly recognized. True Religion has used the "U" marks in association with the sale of goods, including jeans, jackets, and shorts, since as early as 2002. One of the "U" marks was registered at the U.S Patent and Trademark office in 2006. Since then, True Religion has used various composites and variations of the "U" marks on its goods, most of which have been registered with the United States Patent and Trademark Office. Registrations for the "U" marks include, *but are not limited to* the following (collectively "True Religion's "U" Marks").

| Trademark | U.S. Reg. No. | Date of Registration |
|---|---|---|
| [pocket design mark] | 3,147,244 | 09/26/2006 |
| [U-shaped horseshoe mark] | 3,482,001 | 08/05/2008 |
| [pocket design mark] | 3,561,466 | 01/13/2009 |

4. Plaintiff has alleged that Defendants' purchase, importation, distribution, advertisement, offering for sale, and sale of products bearing the pocket design shown below ("Disputed Products") infringe upon True Religion's "U" Marks and constitute trademark infringement, trademark dilution, and unfair competition under the Lanham Trademark Act, and under the common law.



5.    Defendants and their agents, servants, employees and all persons in active concert and participation with them who receive actual notice of this Final Consent Decree are hereby permanently restrained and enjoined from infringing upon Plaintiff's trademarks either directly or contributorily in any manner, including:

   (a)    Manufacturing, purchasing, producing, distributing, circulating, selling, offering for sale, importing, exporting, advertising, promoting, displaying, shipping or marketing the Disputed Products;

   (b)    Knowingly assisting, aiding or attempting to assist or aid any other person or entity in performing any of the prohibited activities referenced in Paragraph 5(a) above;

   (c)    Knowingly affecting any transactions, assignments or transfers, or forming new entities or associations to circumvent the prohibitions referred to in Paragraph 5(a) above;

6.    Plaintiff and Defendants shall bear their own costs and attorneys' fees associated with this action.

7.    The execution of this Consent Judgment shall serve to bind and obligate the parties hereto.  However, dismissal with prejudice of this action shall not have preclusive effect on those who are not a party to this action, all claims against whom Plaintiff expressly reserves.

**[CONTINUED ON NEXT PAGE]**

1    8.    The jurisdiction of this Court is retained for the purpose of making any
2 further orders necessary or proper for the construction or modification of this Final
3 Judgment, the enforcement thereof and the punishment of any violations thereof.
4 Except as otherwise provided herein, this action is fully resolved with prejudice.
5 **IT IS SO ORDERED.**
6
7 DATED:  September 15, 2014        _____
                                       Hon. Otis D. Wright II
8                                      **United States District Judge**